UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESUS RODRIGUEZ RODRIQUEZ,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>CHARLES DANIELS, *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:22-cv-01651-MMD-VCF<br><br>ORDER |

　　　　Plaintiff Jesus Rodriguez Rodriquez, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1.) The Court permitted an Eighth Amendment claim for deliberate indifference to serious medical needs to proceed past screening. (ECF No. 3 at 6.) On October 10, 2023, the Court issued a notice of intent to dismiss Sandra and Nunes under Fed. R. Civ. P. 4(m) unless proof of service was filed by November 9, 2023. (ECF No. 17.) To date, no proof of service has been filed as to Sandra and Nunes, and Plaintiff has not otherwise contacted the Court to request an extension of time. Because the deadline to serve Sandra and Nunes has expired, the Court will dismiss them from this case without prejudice.

　　　　It is therefore ordered that Sandra and Nunes are dismissed from this case without prejudice.

　　　　DATED THIS 14th Day of November 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE