**SAO**
**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorney for Plaintiff, JESUS RODRIGUEZ RODRIQUEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESUS RODRIGUEZ RODRIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>Defendants. | CASE NO: 2:22−cv−01651-MMD-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION**<br><br>**[FIRST REQUEST]** |

Plaintiff, JESUS RODRIGUEZ RODRIQUEZ, by and through his attorney of record, LOREN S. YOUNG, ESQ., and Defendants, CHARLES DANIELS, et al., by and through their attorney of record, SAMUEL L. PEZONE JR., ESQ., hereby stipulate and agree to continue the Virtual Mediation currently scheduled for July 28, 2026, at 9:00 a.m., to the Court's soonest available date thereafter.

Pursuant to FRCP 6 and Local Rules 6-1 and 26-3, good cause exists to continue the mediation and related deadlines. This continuance is not sought for the purpose of delay or any untoward purpose but rather, is based on the fact that Plaintiff's Counsel was recently appointed by this Court and requires additional time to adequately prepare with his client as prison regulations and restrictive visitation windows has made it difficult to schedule a meeting between Plaintiff and his Counsel.

Granting a continuance may also provide a meaningful opportunity for the Parties to engage in settlement negotiations to resolve this matter in its entirety without further court intervention, preserving judicial economy.

///

The Parties agree this request ensures a just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension.

DATED this 10th day of July 2026.

**LINCOLN, GUSTAFSON & CERCOS**

*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorney for Plaintiff,
JESUS RODRIGUEZ RODRIQUEZ

DATED this 14th day of July 2026.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Samuel L. Pezone Jr.*
**SAMUEL L. PEZONE, JR.**
Nevada Bar No. 15978
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Attorney for Defendants,
CHARLES DANIELS, et al.

**ORDER**

**BASED ON THE FOREGOING STIPULATION** and good cause appearing therefrom:

**IT IS HEREBY ORDERED** that the Virtual Mediation currently scheduled for July 28, 2026, at 9:00 a.m., shall be CONTINUED to September 1, 2026 at 9 a.m.

**IT IS FURTHER ORDERED** that the Confidential Mediation Statements shall be submitted one (1) week prior to new mediation date.

**IT IS SO ORDERED**.

DATED: July 17, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**
*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Plaintiff,
JESUS RODRIGUEZ RODRIQUEZ